FILED

2013 MAR -8 AM 9: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br>SEMPRIS, LLC, a Delaware limited liability company and ONTEL products CORPORATION, a New Jersey corporation,<br><br>Defendants. | CASE NO. 12-CV-2985 BEN RBB<br>**ORDER VACATING HEARINGS**<br>[ECF No. 16] |

Presently before the Court is Plaintiff Ricardo Valencia's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). On March 1, 2013, Plaintiff notified the Court that he is voluntarily dismissing this case in its entirety, without prejudice as to his individual claims and without prejudice as to the claims of the putative class members. Federal Rule of Civil Procedure 41(a)(1)(a)(i) permits a party to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Both defendants in this case have pending motions to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF Nos. 8, 13.) Neither defendant has filed an answer or motion for summary judgment. Accordingly,

1  Plaintiff's filing automatically terminated this action. *See Commercial Space Mgmt.
2  Co., Inc. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999) ("[A] court has no
3  discretion to exercise once a Rule 41(a)(1) dismissal is filed.")  The hearings on
4  defendants' motions to dismiss, scheduled for March 18 and March 25, 2013 are
5  **VACATED.**

6  **IT IS SO ORDERED.**

8  DATED: March 06, 2013

HON. ROGER T. BENITEZ
United States District Court Judge